JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 08-0921 JSW |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 12, 2009 TO FEBRUARY 19, 2009 |
| OSCAR MAURICIO AGUILAR-GIRON, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Jeffrey S. White on February 12, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 12, 2009 to February 19, 2009, in light of defendant's counsel absence due to family leave and counsel's need to review discovery. Failure to grant the requested continuance would unreasonably deny defense continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0921 JSW

diligence and the need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2009 to February 19, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 12, 2009 to February 19, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 12, 2009           /s/
STEVEN KALAR
Counsel for Oscar Mauricio Aguilar-Giron

DATED: February 12, 2009          /s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 13, 2009
THE HON. JEFFREY S. WHITE
United States District Court Judge

[**PROPOSED**] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0921 JSW      2